UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CAUSE 4:13-CR-00578-3** |
| | § | **JUDGE LYNN HUGHES** |
| **DONOVAN SIMMONS** | § | |

## MOTION TO STRIKE EXPERT

*TO THE HONORABLE LYNN HUGHES*:

1.    Donovan Simmons asks the court to strike the government's expert, and shows the following in support of this request:

2.    Simmons and several co-defendants are charged with health care fraud offenses.  A pretrial conference is scheduled for April 20, and the trial is scheduled to begin on April 26.

3.    The government filed a pleading titled, "Expert Report Of Michael Snyder, M.D." (Docket entry 206).  The defense assumes this pleading serves as the government's notice that Dr. Snyder will be called to testify pursuant to Federal Rule of Evidence 702.  The government should not be allowed to call Dr. Snyder because it has failed to comply with a basic discovery rule.

4.    The government's notice fails to comply with Federal Rule of Criminal Procedure 16(a)(1)(G). Rule 16 requires the goverment to provide the expert witness's particular opinions, and the the bases and reasons for those opinions.  Dr. Snyder's report makes several claims about having reviewed "multiple charts" involving various patients.  None of the patients (or their charts) are identified in the report.  In this respect, the government's pleading fails to comply with Rule 16. There are three doctors charged in this case.  Dr. Snyder's ambiguous report makes it impossible to determine which of the defendant doctors is involved with any of the the activity listed in Dr. Snyder's report.  Moroever, the defense will not have sufficient time before trial begins to have Dr.

Snyder's claims about any particular chart reviewed by a defense expert even if the government immediately provides the information required under Rule 16..

5.      The government had many months to provide the basic information called for by Rule 16 but has not done so.  Because the government has not complied with Rule 16, Dr. Snyder should not be permitted to testify as an expert witness.

Respectfully submitted,

/s/ David Adler

_____

David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Donovan Simmons

## CERTIFICATE OF SERVICE

A copy of this motion was served on the AUSA by e-mail on April 17, 2016.

/s/ David Adler

_____

David Adler

## CERTIFICATE OF CONFERENCE

The AUSA is presumably opposed to this motion.

/s/ David Adler

_____

David Adler

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

**UNITED STATES OF AMERICA**      §
                                  §
    *versus*                      §      **CAUSE 4:13-CR-00578-3**
                                  §      **JUDGE LYNN HUGHES**
**DONOVAN SIMMONS**               §

<u>**ORDER ON MOTION TO STRIKE EXPERT**</u>

    Simmons's motion to strike expert is:

Granted,

Dr. Michael Snyder may not testify as an expert witness in this matter.

Denied.

Signed on _____, 2016.

 

_____
Lynn Hughes
United States District Judge