*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CAUSE 4:13-CR-00578-3** |
| | § | **JUDGE LYNN HUGHES** |
| **DONOVAN SIMMONS** | § | |
| **BENJAMIN MARTINEZ** | § | |

## JOINT NOTICE OF OBJECTIONS TO GOVERNMENT EXHIBITS

*TO THE HONORABLE LYNN HUGHES*:

1.      Donovan Simmons and Benjamin Martinez do not object to the authenticity of the government's exhibits.

2.      Simmons and Martinez reserve objections to the relevancy and admissibility of the government's exhibits until the time of trial.

Respectfully submitted,

/s/ David Adler

_____

David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Donovan Simmons

/s/ Jim Lavine

_____

Jim Lavine
State Bar of Texas 12000300

770 South Post Oak Lane
Suite 620
Houston, Texas 77056
(713) 552-0300
(713) 552-0746 (Fax)

Attorney for Defendant,
Benjamin Martinez

CERTIFICATE OF SERVICE

A copy of this notice was served on the AUSA by e-mail on June 3, 2016.

/s/ David Adler

_____
David Adler

CERTIFICATE OF CONFERENCE

The AUSA is presumably opposed to this notice.

/s/ David Adler

_____
David Adler