UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

June 07, 2016

David J. Bradley, Clerk

| | | |
|---|---|---|
| The United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Criminal Action H-13-578 |
| | § | |
| Giam Nguyen, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Management Order

1.  At 9:00 a.m. on June 8, 2016, the government may test its trial equipment in the courtroom. The defendants may attend.

2.  By 4:00 p.m. on June 9, 2016, the government and Giam Nguyen must jointly report any remaining dispute about the authenticity of the government's exhibits.

3.  The government must subpoena Zaven Pogosyan and Edvard Shakhbazyan to appear at the trial on June 14, 2016.

4.  Parallel with the court's order on evidence from the investigation in Maricopa County, Arizona, entered April 21, 2016, evidence about the investigation in Los Angeles County, California, will not be introduced. Evidence about a possible identity theft in California maybe related to some of the defendants who pleaded guilty in this case is not relevant to the charges before this court.

Signed on June 7, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge