*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CAUSE 4:13-CR-00578-3** |
| | § | **JUDGE LYNN HUGHES** |
| **DONOVAN SIMMONS** | § | |

### MOTION IN LIMINE CONCERNING "MEDICAL NECESSITY" TESTIMONY

*TO THE HONORABLE LYNN HUGHES*:

1.      Donovan Simmons asks the Court to prohibit the government attorneys and witnesses from raising before the jury (with anyone other than the government's expert, Dr. Michael Snyder) an opinion of what is "medically necessary" regarding a particular patient or in a hypothetical medical situation.   An opinion on what is "medically necessary" can only be made by a witness with medical education, training, and experience.   The government has provided notice of proposed expert testimony only for Dr. Snyder.

2.      Simmons also asks that Dr. Snyder's testimony concerning "medical necessity" be limited to his area of medical knowledge.   Dr. Snyder should not be allowed to discuss before the jury his opinion of what is medically necessary in any other area of medical care beyond what was listed in the government's notice of expert testimony filed in this case.

Respectfully submitted,

/s/ David Adler

_____
David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401

(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Donovan Simmons

CERTIFICATE OF SERVICE

A copy of this motion was served on the AUSA by e-mail on June 10, 2016.

/s/ David Adler

_____

David Adler

CERTIFICATE OF CONFERENCE

The AUSA is presumably opposed to this motion.

/s/ David Adler

_____

David Adler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CAUSE 4:13-CR-00578-3** |
| | § | **JUDGE LYNN HUGHES** |
| **DONOVAN SIMMONS** | § | |

## ORDER ON MOTION IN LIMINE
## CONCERNING "MEDICAL NECESSITY" TESTIMONY

The motion in limine is:

Granted,

The government attorneys will not question any witness other than Dr. Michael Snyder on what is medically necessary with regard to an actual patient or a hypothetical situation. The government attorneys are ordered to instruct their witnesses other than Dr. Snyder not to discuss before the jury any opinion of what is medically necessary.

Additionally, Dr. Snyder's testimony concerning "medical necessity" will be limited to his area of medical knowledge that was described in the government's notice of expert testimony filed in this case.

Denied.

SIgned on June _____, 2016.


_____
Lynn Hughes
United States District Judge