*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

**UNITED STATES OF AMERICA**　　　§
　　　　　　　　　　　　　　　　§
　　*versus*　　　　　　　　　　　§　　　**CAUSE 4:13-CR-00578-3**
　　　　　　　　　　　　　　　　§　　　**JUDGE LYNN HUGHES**
**DONOVAN SIMMONS**　　　　　　　§

**MOTION TO EXCLUDE**
**"MEDICAL SERVICES OR TESTING PROVIDED" TESTIMONY**
**FROM LAY WITNESSES**

*TO THE HONORABLE LYNN HUGHES*:

1.　　　Donovan Simmons asks the Court to prohibit the government attorneys and witnesses from raising before the jury (with anyone other than the government's expert, Dr. Michael Snyder) an opinion of what medical service or test was or was not provided.  Testimony about whether a medical service was provided can only come from an expert witness who has the appropriate training and experience to know the medical service or test at issue.  For example, asking a lay witness whether he or she had undergone a nerve conduction study would require the witness to know what such a study comprises.  The government has provided notice of proposed expert testimony only for Dr. Michael Snyder.  Only Dr. Snyder should be permitted to testify about particular medical services or tests.

2.　　　Simmons also asks that Dr. Snyder's testimony concerning medical services or testing be limited to his area of medical knowledge as identified in the government's notice.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ David Adler

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　David Adler
　　　　　　　　　　　　　　　　State Bar of Texas 00923150

Southern District of Texas 17942
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Donovan Simmons

CERTIFICATE OF SERVICE

A copy of this motion was served on the AUSA by e-mail on June 13, 2016.

/s/ David Adler

_____

David Adler

CERTIFICATE OF CONFERENCE

The AUSA is presumably opposed to this motion.

/s/ David Adler

_____

David Adler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | **CAUSE 4:13-CR-00578-3** |
| | § | **JUDGE LYNN HUGHES** |
| DONOVAN SIMMONS | § | |

### ORDER CONCERNING MOTION TO EXCLUDE
### "MEDICAL SERVICES OR TESTING PROVIDED" TESTIMONY
### FROM LAY WITNESSES

The motion to exclude is:


Granted,

The government attorneys will not question any witness other than Dr. Michael Snyder on

what medical service or test was or was not provided.  The government attorneys are ordered to

instruct their witnesses other than Dr. Snyder not to discuss before the jury any opinion of what

medical service or test was or was not provided.  Additionally, Dr. Snyder will limit his testimony

to medical services and tests that are within the area of expertise listed in the government's notice.


Denied.


SIgned on June _____, 2016.


_____
Lynn Hughes
United States District Judge